# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LESTER LEE GOINS, III, | Case No.: 2:19-cv-00667-JAD-NJK |
| Plaintiff(s), | **ORDER** |
| v. | [Docket Nos. 9, 11, 12, 13] |
| SHERIFF SHARON WEHRLY, et al., | |
| Defendant(s). | |

Pending before the Court are Plaintiff's applications to proceed *in forma pauperis*, Docket Nos. 9, 13, a motion by defense counsel to be removed as attorney of record, Docket No. 11, and Plaintiff's motion for an extension of time to serve the complaint, Docket No. 12.

**I.  APPLICATIONS TO PROCEED *IN FORMA PAUPERIS***

The filing fee for this case already has been paid. Docket No. 1. Accordingly, the applications to proceed *in forma pauperis* (Docket Nos. 9, 13) will be denied as unnecessary.

**II.  MOTION TO BE REMOVED AS ATTORNEY OF RECORD**

Jonathan Lee is no longer associated with Marquis Aurbach Coffing. Accordingly, his motion to be removed as counsel from the CM/ECF service list (Docket No. 11) will be granted.

**III.  MOTION TO EXTEND TIME TO SERVE THE COMPLAINT**

The Court has not yet screened the complaint and service is not appropriate until screening is complete. Therefore, service of the complaint is premature at this time. The motion for an extension of time to serve the complaint (Docket No. 12) will be denied as premature.

1

## IV. CONCLUSION

For the foregoing reasons, the applications to proceed *in forma pauperis* (Docket Nos. 9, 13) and the motion to extend time (Docket No. 12) are **DENIED**. The motion to be removed as counsel from the CM/ECF service list (Docket No. 11) is **GRANTED**.

IT IS SO ORDERED.

Dated: June 13, 2019

_____
Nancy J. Koppe
United States Magistrate Judge