UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LESTER LEE GOINS, III,<br><br>Plaintiff<br><br>v.<br><br>SHERIFF SHARON WEHRLY, et al.,<br><br>Defendants | Case No. 2:19-cv-00667-JAD-NJK<br><br>ORDER |

According to the Nevada Department of Corrections ("NDOC") inmate database, Plaintiff is no longer incarcerated. However, Plaintiff has not filed an updated address with this Court. The Court notes that, pursuant to Local Rule IA 3-1, a "pro se party must immediately file with the court written notification of any change of mailing address, email address, telephone number, or facsimile number. The notification must include proof of service on each opposing party or the party's attorney. Failure to comply with this rule may result in the dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court." This Court grants Plaintiff until **February 10, 2020**, to file his updated address with this Court. If Plaintiff fails to comply, the Court will dismiss this action without prejudice.

**IT IS SO ORDERED.**

DATED: January 10, 2020.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE